# 1

# CALVIN PRISON INITIATIVE



## MISSION

The mission of the Calvin Prison Initiative (CPI) is to equip incarcerated adult learners with the knowledge and skills required to be community leaders. Our goal is that through this endeavor not only will lives regain their hope, but prison culture will be transformed.

## PROGRAM STRUCTURE

Each year, Calvin University selects 25 students to participate in the program. Students are transferred to Richard A. Handlon Correctional Facility (MTU) in Ionia, where they are enrolled in Calvin University's five-year program of intense study. Students complete the Calvin University liberal arts core curriculum, which includes courses in a variety of disciplines, such as English, Philosophy, History, Math, and Natural Sciences, and have the opportunity to earn two Certificates, an Associate Degree and a Bachelor's Degree. Students major in two areas of study, Faith & Community Leadership and Human Services.

> **Year One:** Certificate in Liberal Arts & Sciences
>
> **Year Two:** Certificate and Associate Degree in Faith & Community Leadership
>
> **Year Five:** Bachelor's Degree in Faith & Community Leadership and Human Services

The Faith & Community Leadership course of study equips graduates for leadership roles in their communities. The vocational goals of graduates include leading worship and discipling fellow inmates in faith communities, peer mentoring, and academic tutoring. Vocations in society include careers in church communities, parachurch organizations, or community development and social agencies.

A Human Services course of study provides students with historical, theoretical, and skill-based education. Students examine societal tensions and causes for suffering and injustice. They learn about human relationships and behavior, focusing on communications that facilitate positive change. Meeting the needs of students inside of Handlon prison who desire to serve individuals and groups, the Human Services major prepares graduates for vocations in human service occupations or master's degrees in related fields such as counseling, education, or social work.

## COSTS

The Calvin Prison Initiative is funded by private donations and government grants. Upon selection, students complete a Free Application for Federal Student Aid (FAFSA). Qualifying students will receive Pell Grants, which contribute toward the cost of participation in the program. Program costs not covered by Pell grants, and program costs of students not eligible to receive Pell grants, will be covered by the Calvin Prison Initiative.

## APPLICATION PROCESS

Students interested in applying should notify the school principal of their interest in the Calvin University program. A limited number of applications are available at each facility to candidates who meet the eligibility criteria. Candidates will complete an application and essay questions and will obtain at least one recommendation on the form provided.

Lifers are welcomed.



CALVIN PRISON INITIATIVE
CALVIN UNIVERSITY | CALVIN THEOLOGICAL SEMINARY

## IONIA COUNTY CLERK'S OFFICE
## 100 W. Main Street, Ionia, MI 48846

Date: August 18, 2023

Phillip Brown #271566
Lakeland Correctional Facility
Coldwater, MI 49032

__xxx_____ You must return the proper summons and complaint along with the following documents for your case to be opened in Ionia County. Once you provide those documents, a case/file number will be assigned.

_____ A divorce action must be filed in the county of your residence prior to your incarceration in Ionia County.

_____ The documents do not conform to the current Michigan Court Rules.

_____ The personnel of the trial courts in Michigan are prohibited from providing you with legal advice for conducting a proceeding in the court without a lawyer.

_____ Certificate of Prisoner Account Activity and Affidavit Regarding Suspension of Prisoner Fees/Costs and supporting documents

_____ Copies of transcripts must be ordered separately through the court reporter.
Contact:   _____ Rebecca Akin   _____ Tracy Hardin
Circuit Court 2nd Floor, 100 W Main Street, Ionia, MI 48846

_____ The fee for copies of court documents is $1 per page

_____ The County Clerk's Office does not schedule any type of court hearing.

_____ Other:

Ionia County Clerk's Office

MICHIGAN DEPARTMENT OF CORRECTIONS  
CSJ-318  
DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER)  
REV. 11/15  4835-3318

Please PRINT clearly, illegible and/or incomplete forms will not be processed.

Lock: F-1-151  Institution: LCF  
Prisoner Number: #271566  
Prisoner Name: PHILLIP A. BROWN II

[X] Legal Postage  [ ] Filing Fee  $  [ ] Certified Mail (Must Be a Court Ordered Requirement)  
[X] New Case  [ ] Case Number

Pay To: PBF  
Mailing Address: CLERK OF THE COURT  
IONIA CIRCUIT COURT   100 MAIN ST.  
IONIA, MICHIGAN 48846

**The Following Section Must Be Completed in Authorizing Staff Member's Presence**

Prisoner Signature: BROWN  
Date & Time Submitted: 9/13/23  9:47 A.M.  
Received by Type or Print Name & Title: PC Kowalski  
Staff Signature: [signature]  
Date & Time Received by Authorizing Staff: 9/13/23  0947 AM

**Authorization Denied**

[ ] Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118  
[ ] Not hand delivered to authorizing staff member  
[ ] Does not include court order for handling as certified mail  
[ ] Prisoner refused to sign & date in staff member's presence  
[ ] New case or case number not on form  
[ ] Other (explain)

Denied by Type or Print Name & Title:  
Signature:

Placed in Mail by Type or Print Name & Title:  
Signature:  
Postage Amount: $  
Date Placed in Outgoing Mail:

Postage: $  Total Obligation: $  
[ ] Court Filing Fee Denied Due to NSF  
Filing Fee: $  Check #:  
Date Copy Sent to Prisoner:

Processed by Type or Print Name & Title:  
Signature:

DISTRIBUTION: [ ] Prisoner Accounting  [ ] Prisoner  [ ] Counselor's File  [ ] Prisoner



IONIA COUNTY CLERK'S OFFICE
100 WEST MAIN STREET
IONIA, MI 48846

Phillip Brown #271566
Lakeland Correctional Facility
Coldwater, MI 49032

#1-15
A

## IONIA COUNTY CLERK'S OFFICE
### 100 W. Main Street, Ionia, MI  48846

Date: September 29, 2023

Phillip Brown #271566
Lakeland Correctional Facility
Coldwater, MI 49032

_____ You must return the proper summons and complaint along with the following documents for your case to be opened in Ionia County. Once you provide those documents, a case/file number will be assigned.

_____ A divorce action must be filed in the county of your residence prior to your incarceration in Ionia County.

_____ The documents do not conform to the current Michigan Court Rules.

_____ The personnel of the trial courts in Michigan are prohibited from providing you with legal advice for conducting a proceeding in the court without a lawyer.

_____ Certificate of Prisoner Account Activity and Affidavit Regarding Suspension of Prisoner Fees/Costs and supporting documents

_____ Copies of transcripts must be ordered separately through the court reporter.
Contact:         _____ Rebecca Akin          _____ Tracy Hardin
Circuit Court 2nd Floor, 100 W Main Street, Ionia, MI 48846

_____ The fee for copies of court documents is $1 per page

_____ The County Clerk's Office does not schedule any type of court hearing.

XXX_____ Other: We need a separate Summons and Complaint form for each defendant. Also, you used and old revision of the Summons and Complaint; I have enclosed an up-to-date form. Please resubmit with the correct forms.

Ionia County Clerk's Office

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| DISBURSEMENT AUTHORIZATION **(EXPEDITED LEGAL MAIL – PRISONER)** | REV. 11/15  4835-3318 |

Please PRINT clearly, illegible and/or incomplete forms will not be processed.

Lock: F-1-151    Institution: LCF

Prisoner Number: 271566    Prisoner Name (Type or Print Clearly): PHILLIP A. BROWN I

[X] Legal Postage    [ ] Filing Fee  $_____    [ ] Certified Mail (Must Be a Court Ordered Requirement)

[X] New Case    [ ] Case Number _____

Pay To: J. Mail

Mailing Address: Clerk of the Court, 8th Circuit Court - Ionia County, 100 Main St., Ionia, MI 48846

**The Following Section Must Be Completed In Authorizing Staff Member's Presence**

Prisoner Signature: Brown    Date & Time Submitted: 10/24/23 / 9:06 A.M.

Received by (Type or Print Name & Title): R. Litt    Staff Signature: [signature]

Date & Time Received by Authorizing Staff: 10/24/23 / 9:06 A.M.

**Authorization Denied**

[ ] Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118
[ ] Not hand delivered to authorizing staff member    [ ] New case or case number not on form
[ ] Does not include court order for handling as certified mail    [ ] Other (explain) _____
[ ] Prisoner refused to sign & date in staff member's presence

Denied by (Type or Print Name & Title): _____    Signature: _____

**Section Below to be Completed by Mail Room Staff**

Placed in Mail by (Type or Print Name & Title): _____    Signature: _____

Postage Amount  $_____    Date Placed in Outgoing Mail: _____

**Only Business Office Staff are to Write in the Section Below**

Postage  $_____    Total Obligation  $_____    [ ] Court Filing Fee Denied Due to NSF

Filing Fee  $_____    Check # _____

Date Copy Sent to Prisoner: _____

Processed by (Type or Print Name & Title): _____    Signature: _____

DISTRIBUTION: [ ] Prisoner Accounting  [ ] Prisoner  [ ] Counselor's File  [ ] Prisoner

COUNTY CLERK'S OFFICE
WEST MAIN STREET
IONIA, MI 48846



US POSTAGE
$ 008.50
USPS Ground Advantage - iMi
ZIP 48846
10/30/2023
034A 0081802212



US POSTAGE
$ 000.50
CORRECTION
ZIP 48846
10/30/2023
034A 0081802212

Rejected Filing #3

Phillip A. Brown, II   #271566
Lakeland Correctional Facility
141 First Street
Coldwater, MI   49036

PL151
Ⓐ